IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| JOSHUA MALLORY, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:21-cv-02319-SHL-cgc |
| | ) | |
| NEXT GEN SMART STYLES, | ) | |
|     Defendant. | ) | |
| | ) | |

**ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING COMPLAINT**

Before the Court is Magistrate Judge Claxton's Report and Recommendation regarding Plaintiff's Complaint (Report), (ECF No. 7), filed July 9, 2021, recommending that the Court dismiss the Complaint, (ECF No. 1.)

A magistrate judge may submit to a judge of the court proposed findings of fact and recommendations for dismissal of a complaint for failure to state a claim.  28 U.S.C. § 636(b)(1)(B).  "Within 14 days after being served with a copy of the recommended disposition, a party may serve and file specific written objections to the proposed findings and recommendations."  Fed. R. Civ. P. 72(b)(2); see also 28 U.S.C. § 636(b)(1) (2017).  A district court reviews de novo only those proposed findings of fact or conclusions of law to which a party specifically objects.  § 636(b)(1); Fed. R. Civ. P. 72(b)(3).

Plaintiff has not objected to the Magistrate Judge's Report and Recommendation.  (ECF No. 7.)  The time to do so has expired.  The Court has reviewed the Report for clear error and finds none.  Therefore, the Court **ADOPTS** the Magistrate Judge's Report and **DISMISSES** the Complaint without prejudice.

2

**IT IS SO ORDERED,** this 12th day of August, 2021.

                                         s/ Sheryl H. Lipman
                                         SHERYL H. LIPMAN
                                         UNITED STATES DISTRICT JUDGE